IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.

Plaintiff,

v.

JUAN CARLOS RODRIGUEZ, ET. ALS.

Defendants.

CIVIL NO. 05-1589 (JAF)

RE: CIVIL ACTION

# ORDER

To:  **DirecTV**

You are ordered to provide a copy of any or all contracts or agreements in your posession regarding any cable TV, Satellite or Pay Per View service with any of the following persons effective by **October 2, 2004**:

**Antolín Albino Rentas and/or Carmen Teissonniere, D/B/A "Colmado y Barra El Pinito"**

**All documents must be notified to Carlos García-Morales, Esq.** at the following address: PO BOX 800296, COTO LAUREL, PR 00780-0296.

IT IS SO ORDERED.

Dated this, 17th day of May, 2006.

S/Jose Antonio Fuste
JOSE ANTONIO FUSTE
Chief U. S. District Judge